**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-2690**

───────────

In Re: ALLEN L. FORMAN,

                                                    Debtor.

───────────────────────

ANN ROBIN PAUL,

                                    Plaintiff - Appellant,

              versus

ALLEN L. FORMAN,

                                    Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CA-99-1236-A, BK-97-18383-SSM, AP-98-1175)

───────────

Submitted:  July 13, 2000          Decided:  July 19, 2000

───────────

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Leslie W. Lickstein, Fairfax, Virginia, for Appellant.  David M. Hill, Herndon, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ann Robin Paul appeals from the district court's order affirming the bankruptcy court's order determining the dischargeability of a debt arising out of a divorce settlement agreement. Our review of the record, the parties' briefs, and the opinions below discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. See Paul v. Forman, Nos. CA-99-1236-A; BK-97-18383-SSM; AP-98-1175 (E.D. Va. Nov. 24, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2